## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICHAEL SIMONE** | * | |
| **Plaintiff** | * | |
| v. | * | **CIVIL NO. JKB-13-056** |
| **GOLDMAN & GOLDMAN, P.A.** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

In light of the voluntary dismissal by Plaintiff of Defendant on January 15, 2013 (ECF No. 5), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to close the case.

DATED this 15th day of January, 2013.

BY THE COURT:

/s/
James K. Bredar
United States District Judge